IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LAIT, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:17-cv-00249-WKW-DAB |
| | ) |
| vs. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| LEWIS, BRACKIN, FLOWERS, JOHNSON & SAWYER, | ) |
| | ) |
| Defendant. | ) |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: February 8, 2018.    Respectfully submitted,

/s/Curtis R. Hussey
Curtis R. Hussey
MDAL Bar No. HUS004
Hussey Law Firm, LLC
10 N. Section Street, No. 122
Fairhope, AL 36532-1896
Telephone: (251) 928-1423
Facsimile: (866) 317-2674
chussey@consumerlawinfo.com
Attorney for Michael Lait

1

## **CERTIFICATE OF SERVICE**

I certify that on February 8, 2018, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Curtis R. Hussey
Curtis R. Hussey
