IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LAIT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:17-cv-249-WKW-DAB |
| | ) |
| LEWIS, BRACKIN, FLOWERS, | ) |
| JOHNSON & SAWYER, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The parties, having filed a Joint Stipulation for Dismissal with Prejudice (Doc. 24) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the **ORDER**, **JUDGMENT**, and **DECREE** of the court that this action is **DISMISSED with prejudice** in its entirety with each party to bear their own attorney's fees and costs.

The Clerk of Court is **DIRECTED** to enter this document in the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 10th day of April 2018.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE